# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162220(42)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee/
      Cross-Appellant,

v

                                 SC: 162220
                                 COA: 350014

FLOYD ARTHUR BOYCE,
      Defendant-Appellant/
      Cross-Appellee.
_____/

                                   Oakland CC: 2017-262749-FC

      On order of the Chief Justice, defendant's motion to extend the time for filing his answer to the cross-application is GRANTED. The answer submitted on March 23, 2021, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2021                    

                                          Clerk